## The People of the State of Illinois, Defendant in Error, v. Joe Polansek, Plaintiff in Error.

### Gen. No. 6,336.   (Not to be reported in full.)

Error to the County Court of Lake county; the Hon. PERRY L. PERSONS, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed February 10, 1917. Rehearing denied April 12, 1917.

### Statement of the Case.

Prosecution by the People of the State of Illinois, plaintiff, against Joe Polansek, defendant, for violation of the act relating to anti-saloon territory. From a judgment for conviction under fifteen counts, including a nuisance count, defendant brings error.

P. L. JORGENSON, for plaintiff in error.

RALPH J. DADY and E. M. RUNYARD, for defendant in error; W. F. WEISS, of counsel.

MR. JUSTICE DIBELL delivered the opinion of the court.

### Abstract of the Decision.

1. INTOXICATING LIQUORS, § 147*—*when evidence insufficient to sustain conviction for selling cider*. Evidence *held* not to sustain conviction under the anti-saloon law for selling cider, under the evidence of defendant, and the man from whom he bought the cider shortly before the sale shown as the basis for conviction, that it was sweet cider and not hard cider or fermented liquor.

2. INTOXICATING LIQUORS, § 147*—*when evidence sufficient to sustain conviction*. Evidence *held* sufficient to sustain conviction under the anti-saloon law for selling malt liquor.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.